# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Howard Eugene Safrit,

                Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                        3-03-cv-585

Todd Pinion,

                Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/12/05 Order.

**Signed: August 12, 2005**

Frank G. Johns, Clerk
United States District Court